**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| International Watchman, Inc., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No: 1:23-cv-01040<br>) |
| Urban Armor Gear, LLC, *et al.*, | ) Judge Pamela A. Barker<br>)<br>) |
| Defendants. | )<br>) |

### FED. CIV. R. 21 AND 41 VOLUNTARY DISMISSAL
### OF DEFENDANT, MILAN STRAPS, LLC, WITHOUT PREJUDICE,

**IT IS HEREBY NOTICED** that the above-captioned lawsuit claims alleged against Defendant Milano Straps, LLC are voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure, Rules 21 and 41.

There are no remaining claims against any parties in this lawsuit, and this case may be marked closed and terminated.

**CHOKEN WELLING LLP**

By: ___/s/ David A. Welling_____
David A. Welling (Ohio 75934)
3020 West Market St.
Akron, OH 44333
Tel: 330-865-4949
Email: davidw@choken-welling.com

*Attorney for Plaintiff*